AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Dwayne Silva

APPEARANCE

CASE NUMBER: 1:06-M-105M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dwayne Silva

I certify that I am admitted to practice in this court.

*Date*

*Signature*

JOHN M CICILLINE

*Print Name* *Bar Number*

387 atwells ave

*Address*

Prov. R.I. 02909

*City* *State* *Zip Code*

273-5600

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.