FILED

NOV - 6 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
vs. ) CR. No. CR 06 126 ML
) In violation of 18 U.S.C. § 1349
DWAYNE SILVA )

**INFORMATION**

The United States Attorney charges:

From in or about February 2006, through in or about July 2006, in the District of Rhode Island, defendant DWAYNE SILVA, and others known and unknown to the United States Attorney, did knowingly, willfully and intentionally combine, conspire and agree with one another and with others to defraud financial institutions and to obtain moneys, funds and other property owned by and under the custody and control of financial institutions, namely the Bank of America, Citizens Bank, Sovereign Bank and the Pawtucket Credit Union, by means of false and fraudulent pretenses, representations and promises, contrary to 18 U.S.C. § 1344.

In violation of 18 U.S.C. § 1349.

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
LEE H. VILKER
Assistant U.S. Attorney

[signature]
LUIS M. MATOS
Criminal Chief

11-3-06
Date

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): LEE H. VILKER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:06-M-105M

Place of offense

County

CASE NO.

USA vs.

Defendant:

Address: '09

☐ Interpreter Required Dialect:

Birth Date -

☑ Male

emale

☐ Alien (if applicable)

Social

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date or Date Transferred to Federal Custody

☐ Currently in Federal Custody

☑ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1 - 18 USC 1349 | CONSPIRACY TO COMMIT BANK FRAUD | ☒ Felony ☐ Misdemeanor |
| | 30 Years Imprisonment; $1,000,000 fine; | | ☐ Felony ☐ Misdemeanor |
| | 5 Years Supervised Release; and | | ☐ Felony ☐ Misdemeanor |
| | $100 Special Assessment | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 3 | | ☐ Felony ☐ Misdemeanor |