AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

DWAYNE SILVA

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 126ML

I, DWAYNE SILVA, the above named defendant, who is accused of

CONSPIRACY TO COMMIT BANK FRAUD

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-7-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

counsel for Defendant

[redacted] Defendant

Before
Judicial Officer USMJ

This form was electronically produced by Elite Federal Forms, Inc.