# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-126-01ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **DWAYNE SILVA**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **30th** day of **November, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**RE-SCHEDULED from 11/29/06**

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: November 22, 2006.

David A. DiMarzio, Clerk

Change of Plea Hearing

*By* Barbara Barletta
***Barbara Barletta - Deputy Clerk***