United States District Court
District of Rhode Island

# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-126ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

DEC 06 2006

05797-070

YOU ARE HEREBY COMMANDED, to have the **body** of **Dwayne Silva,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock p.m.**, on the **16th** day of **February, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Deputy

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: November 30, 2006

Sentencing Hearing

David A. DiMarzio, Clerk

***By*** ______________________
***John Duhamel - Deputy Clerk***